*Wright, J*

Jeffrey S. Dubin (JD-0446)
Attorney for the Plaintiffs
464 New York Avenue
Suite 100
Huntington, New York 11743
(631) 351-0300
(631) 351-1900 FAX
dubinjs@cs.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
FRED ALSTON, as a Trustee of THE
LOCAL 272 LABOR-MANAGEMENT PENSION FUND;
FRED ALSTON, as a Trustee of THE             Civil Action No.
LOCAL 272 WELFARE FUND,                      07cv09930(CSH/GWG)

                       Plaintiffs,

                                             VOLUNTARY
          -against-                          DISMISSAL
                                             and ORDER

PROPARK AMERICA NY,

                       Defendant.

------------------------------------------X

    IT IS HEREBY STIPULATED by the undersigned that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above action is dismissed without prejudice and without costs to either party, defendant not having answered. I hereby consent to the entry of this proposed order.

Dated: December 6, 2007

_____
Jeffrey S. Dubin (JD-0446)
Attorney for Plaintiffs

SO ORDERED:

_____
United States District Judge

Date 12/12/07